```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

DAVIS A. PRICKETT,

    Plaintiff,

v.                                    Case No. 8:09-cv-992-T-33TGW

STRYKER CORPORATION and STRYKER
SALES CORPORATION,

    Defendants.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Selection of Mediator (Doc. # 23) filed on May 19, 2010, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **appointed** by the Court to serve as Mediator in this action:

    **Name of Mediator**:    F. Robert Santos, Esq.
    **Address**:    1509 W. Swann Ave., Ste. 240-A
               Tampa, Florida 33606
    **Telephone**:    (813) 229-1111

By agreement of the parties, the mediation conference is tentatively scheduled for the week of **November 1, 2010**, at the office of the mediator. Counsel are reminded of their obligations to comply with the provisions of the Local Rules of the Middle District of Florida.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>21st</u> day of May, 2010.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record
Mediator: F. Robert Santos, Esq.
1509 W. Swann Ave., Ste. 240-A
Tampa, Florida 33606